United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| WILLIAM HERNAN REYES MARQUEZ, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-3729 |
| v. | § § | |
| TODD BLANCHE, *et al.*, | § § | |
| Respondents. | § § | |

### ORDER

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials.  The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention.  The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days.  The petitioner is entitled to a bond hearing.  *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

It is **ordered** that the respondents must provide the petitioner with a bond hearing at which the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16.  The respondents must provide this hearing by **July 13, 2026**, or release the petitioner by that date.  The parties must **confer** and file a **joint** update with the court by **July 15, 2026**, informing the court of the result of the hearing and the petitioner's custody status.  The respondents' motion for summary judgment, (Docket Entry No. 6), is **denied**

and the petition for a writ of habeas corpus is **granted in part**.  The motion to strike, (Docket Entry No. 7), is denied as moot.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge